854

No. 49, Misc. WIRTSHAFTER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. Petitioner pro se. *Joseph M. Smith* and *Arlen Specter* for respondent.

No. 47, Misc. PITTMAN ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Marshall Patner* for petitioners. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 51, Misc. FOSS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Roger E. Venturi,* Deputy Attorneys General, for respondent.

No. 53, Misc. HUSSEY v. UTAH. Sup. Ct. Utah. Certiorari denied. Petitioner *pro se. Phil L. Hansen,* Attorney General of Utah, for respondent.

No. 55, Misc. PALMER v. BOIES, SHERIFF, ET AL. Sup. Ct. Ariz. Certiorari denied. *Jay Dushoff* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.

No. 58, Misc. FOGGY v. EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.

No. 60, Misc. JACKSON v. PAGE, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied. Petitioner *pro se. Charles Nesbitt,* Attorney General of Oklahoma, and *Charles L. Owens,* Assistant Attorney General, for respondents.